James P. Murphy, OSB #067084
**Murphy Armstrong Firm, LLP**
719 Second Ave., Suite 701
Seattle, WA 98104
Telephone: (206) 985-9770
jpm@maflegal.com

Mathew J. Antonelli (*pro hac vice*)
**RUGGERI PARKS WEINBERG LLP**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel: (415) 429-0998
Fax: (202) 984-1401
mantonelli@ruggerilaw.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVSION

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> WEST LINN FAMILY HEALTH CENTER, P.C., <br><br> Defendants. | Case No.: 3:25-cv-01442-YY <br><br> **ANSWER TO COUNTERCLAIMS** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff Twin City Fire Insurance Company ("Twin City") responds to the counterclaims set forth in Defendant West Linn Family Health Center PC's ("West Linn's") Answer, Affirmative Defenses, and Counterclaims to Plaintiff's First Amended Complaint for Declaratory Judgment (Dkt. 15) as set forth below.[1]  Any allegations not admitted, denied, qualified, or otherwise responded to in the following paragraph are hereby denied.

---

[1]  The first 79 paragraphs of West Linn's pleading are West Linn's responses to the allegations of Twin City's First Amended Complaint.  Accordingly, this Answer to Counterclaim begins with the first numbered paragraph of West Linn's Counterclaims, Paragraph 80.

ANSWER TO COUNTERCLAIMS
Page | 1

Murphy Armstrong Firm, LLP
719 Second Ave., Suite 701
Seattle, WA 98104
(206) 985-9770

**FIRST COUNTERCLAIM**

**(Declaratory Relief – The Twin City Policies)**

80. Twin City reasserts and incorporates Paragraphs 1 through 72 of its First Amended Complaint (Dkt. 14) as if fully set forth herein.

81. Twin City denies the allegations of Paragraph 81.

82. Twin City denies the allegations of Paragraph 82.

**SECOND COUNTERCLAIM**

**(Declaratory Relief – Umbrella Coverage)**

83. Twin City reasserts and incorporates Paragraphs 1 through 72 of its First Amended Complaint (Dkt. 14) as if fully set forth herein.

84. Twin City denies the allegations of Paragraph 84.

**THIRD COUNTERCLAIM**

**(Breach of Contract – Duty to Defend)**

85. Twin City reasserts and incorporates Paragraphs 1 through 72 of its First Amended Complaint (Dkt. 14) as if fully set forth herein.

86. Twin City denies the allegations of Paragraph 86.

87. Twin City denies the allegations of Paragraph 87.

88. Twin City denies the allegations of Paragraph 88.

89. Twin City denies the allegations of Paragraph 89.

**FOURTH COUNTERCLAIM**

**(Breach of Contract – Duty to Indemnify)**

90. Twin City reasserts and incorporates Paragraphs 1 through 72 of its First Amended Complaint (Dkt. 14) as if fully set forth herein.

91. Twin City denies the allegations of Paragraph 91.

92. Twin City denies the allegations of Paragraph 92.

93. Twin City denies the allegations of Paragraph 93.

ANSWER TO COUNTERCLAIMS
Page | 2

Murphy Armstrong Firm, LLP
719 Second Ave., Suite 701
Seattle, WA 98104
(206) 985-9770

94. Twin City denies the allegations of Paragraph 94.

## PRAYER FOR RELIEF

West Linn's Prayer for Relief, including numbered paragraphs 1 through 7, set forth prayers for relief to which no response is required. To the extent a response is required, Twin City denies that West Linn is entitled to any of the relief it seeks and respectfully requests that the Court grant Twin City the relief it requests in its Prayer for Relief in the First Amended Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

West Linn's counterclaims are barred, in whole or in part, because West Linn fails to state facts sufficient to constitute a cause of action against Twin City upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

West Linn's counterclaims are barred because there is no coverage under the Twin City Policies for the Underlying Action, including for the reasons set forth in Twin City's First Amended Complaint.

### THIRD AFFIRMATIVE DEFENSE

The Twin City Policies provide no coverage for the Underlying Action pursuant to the policies' expected or intended exclusions, as a matter of law and public policy, and based on the other terms, conditions, and exclusions of the Twin City Policies.

### FOURTH AFFIRMATIVE DEFENSE

The Twin City Policies provide no coverage for the Underlying Action pursuant to the policies' known loss provisions and/or pursuant to the known loss doctrine under applicable law.

### FIFTH AFFIRMATIVE DEFENSE

The Twin City Policies provide no coverage for the Underlying Action pursuant to the policies' professional services exclusions.

### SIXTH AFFIRMATIVE DEFENSE

Twin City reserves the right to raise additional affirmative defenses based upon information

ANSWER TO COUNTERCLAIMS
Page | 3

Murphy Armstrong Firm, LLP
719 Second Ave., Suite 701
Seattle, WA 98104
(206) 985-9770

that becomes available throughout the course of this litigation.

**<u>DEMAND FOR JURY TRIAL</u>**

Twin City respectfully demands a jury trial for all issues so triable.

Respectfully submitted this 8th day of December, 2025

<u>/s/ James Murphy</u>
James P. Murphy (OSB #067084)
MURPHY ARMSTRONG FIRM LLP
719 Second Avenue, Suite 701
Seattle, WA 98104
Phone: 206-985-9770; Fax 206-985-9790
jpm@maflegal.com

Mathew J. Antonelli (*pro hac vice*)
RUGGERI PARKS WEINBERG LLP
201 Spear Street, Suite 1100
San Francisco, CA 94105
Phone: 415-429-0998; Fax 202-984-1401
mantonelli@ruggerilaw.com

*Attorneys for Plaintiff Twin City Fire Insurance Co.*

ANSWER TO COUNTERCLAIMS
Page | 4

Murphy Armstrong Firm, LLP
719 Second Ave., Suite 701
Seattle, WA 98104
(206) 985-9770

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System:

1. ANSWER TO COUNTERCLAIMS JURY TRIAL DEMANDED

which will send notification of such filing to the following:

Erin N. Dawson, OSB #116334
Kerry J. Shepherd, OSB #944343
Paul Bierly, OSB #950548
Markowitz Herbold, P.C.
1455 SW Broadway, Suite 1900
Portland, OR 97201
ErinDawson@markowitzherbold.com
KerryShepherd@markowitzherbold.com
PaulBierly@markowitzherbold.com
*Counsel for Defendant West Linn Family Health Center, P.C.*

DATED at Seattle, Washington, this 8th day of December, 2025.

By: */s/ Matthew Abaga*
Matthew Abaga, Legal Assistant

ANSWER TO COUNTERCLAIMS
Page | 5

Murphy Armstrong Firm, LLP
719 Second Ave., Suite 701
Seattle, WA 98104
(206) 985-9770